**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION**

| | |
|---|---|
| MARCELINO M. CORDOVA, | ) No. CV 13-7260-AS |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

   IT IS ADJUDGED that this action is DISMISSED with prejudice.

   DATED: July 20, 2015.

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

1